# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RICHARD DAVIS

VERSUS

WARDEN DARRYL VANNOY; AND
STATE OF LOUISIANA THROUGH
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS LOUISIANA STATE
PENITENTIARY

NO.   2020 CW 1083

DECEMBER 21, 2020

---

In Re:     Warden Darryl Vannoy and the State of Louisiana,
           through the Department of Public Safety and
           Corrections, Louisiana State Penitentiary, applying
           for supervisory writs, 20th Judicial District Court,
           Parish of West Feliciana, No. 23799.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

    **WRIT GRANTED.** Louisiana Revised Statute 15:1186(B)(2)(a)
provides "[t]he order granting a prisoner's request to proceed
in forma pauperis automatically stays all proceedings, including
any service of process, until all costs of court or fees due the
clerk by the prisoner in [the] matter are paid." Moreover, the
district court previously recalled, rescinded and set aside as
null ab initio the prior services issued to defendants pursuant
to its April 9, 2020 order. Accordingly, the portion of the
district court's September 23, 2020 judgment which ordered all
time delays to run from the order lifting stay is vacated.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT